UNITED STATES DISTRICT COURT

__EASTERN__  **District of**  __CALIFORNIA__

| | |
|---|---|
| DEBBIE JEAN ROSSMAN,<br>            Plaintiff<br><br>             V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>            Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br><br><br>CASE         1:13-CV-00467-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

__X__  GRANTED.

    __X__  The clerk is directed to file the complaint.

    __X__  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____

ENTER this    __8th__    day of    __April__   ,   __2013__   .

                                                        /s/ Barbara A. McAuliffe<br>
                                                     Signature of Judicial Officer

                                         BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE<br>
                                                Name and Title of Judicial Officer