Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff DEBBIE ROSSMAN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| DEBBIE ROSSMAN ) | Case No.:  1:13-CV-0467-BAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | EXTEND BRIEFING SCHEDULE |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| ) | |
| of Social Security, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Debbie Rossman ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to December 23, 2013; and that Defendant shall have until January 24, 2013, to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due January 31, 2013.

-1-

1  An extension of time for plaintiff is needed in order to properly address the
2  issues within the administrative record in this matter.  Counsel sincerely apologizes
3  to the court for any inconvenience this may have had upon it or its staff.
4
5
6  DATE: November 18, 2013        Respectfully submitted,

   LAW OFFICES OF LAWRENCE D. ROHLFING
7
                                  /s/ *Steven G. Rosales*
8                           BY:_____
                                  Steven G. Rosales
9                                 Attorney for plaintiff DEBBIE ROSSMAN
10
   DATE:  November 18, 2013       BENJAMIN WAGNER
11                                United States Attorney
12
13                                */S/- Paul Sachelari
14
                                  _____
15                                Paul Sachelari
                                  Special Assistant United States Attorney
16                                Attorney for Defendant
17                                [*Via email authorization]
18
19
20
21
22
23
24
25
26

**ORDER**

IT IS HEREBY ORDERED that plaintiff may have an extension of time, up to and including December 23, 2013, in which to file Plaintiff's Opening Brief. Defendant may have an extension of time to January 24, 2014 to file its opposition. Any reply by plaintiff will be due January 31, 2014.

IT IS SO ORDERED.

Dated:  **November 22, 2013**           /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE