BENJAMIN B. WAGNER
United States Attorney
DONNAL L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
 Social Security Administration
 160 Spear St., Suite 800
 San Francisco, CA  94105
 Telephone:  (415) 977-8933
 Facsimile:  (415) 744-0134
 Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DEBBIE JEAN  ROSSMAN,<br><br>Plaintiff,<br><br>v.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 1:13-cv-00467-BAM<br><br>STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that the

time for responding to Plaintiff's Opening Brief be extended 6 days with a new due date of January

30, 2014.  This is Defendant's first request for an extension of time to respond to Plaintiff's brief.

Defendant apologizes to the Court for the timing of the present stipulation.  Defendant's counsel

inadvertently mis-calendared the date for responding to Plaintiff's brief.  Defendant respectfully

1    requests the additional time due to this calendaring error.  Defendant's brief will be filed concurrently

2    with this stipulation.

3         The parties further stipulate that the Court's Scheduling Order shall be modified accordingly,

4    and thus, Plaintiff's reply, if any, will be due February 6, 2014.

5         Counsel apologizes to the Court for any inconvenience caused by this delay.

6

7                                        Respectfully submitted,

8    Date: *January 30, 2014*              Law Offices of Lawrence D. Rohlfing

9                              By:    */s/ Steven G. Rosales\**
10                                     STEVEN G. ROSALES
                                       *By telephone authorization
11

12                                     Attorney for Plaintiff

13                                     BENJAMIN B. WAGNER
                                       United States Attorney
14

15                            By:    */s/ Paul Sachelari*
                                       PAUL SACHELARI
16                                     Special Assistant United States Attorney

17                                     Attorneys for Defendant

18

19

20                                        ORDER

21
        Based on the Stipulation of the parties (Doc. 18), and for good cause shown, Defendants'
22
     brief filed on January 30, 2014 (Doc. 19) is deemed timely filed.  Plaintiff's reply, if any, will be due
23
     February 6, 2014.
24
     IT IS SO ORDERED.
25

26    Dated:   **January 31, 2014**              /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE
27

28